**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Paul Martinka,<br><br>                Plaintiff,<br><br>    v.<br><br>Swing Completo LLC,<br><br>                Defendant. | Case No: |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Paul Martinka ("*Plaintiff*") (an individual), certifies that the following are corporate parents, affiliates, and/or subsidiaries:

**NONE**

DATED: March 12, 2025

                                              **SANDERS LAW GROUP**

                                              By:   */s/ Craig Sanders*
                                              Craig Sanders, Esq.
                                              333 Earle Ovington Blvd, Suite 402
                                              Uniondale, NY 11553
                                              Tel: (516) 203-7600
                                              Email: csanders@sanderslaw.group
                                              File No.: 125218

                                              *Attorneys for Plaintiff*

1
