UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELECTRONIC FILING ORDER IN CIVIL CASES

The parties shall file all documents in this case electronically. Counsel must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Documents filed electronically must be filed in OCR text searchable PDF format.

3. Unless otherwise ordered, within three business days after a document is filed electronically by counsel in a civil matter, counsel must provide chambers with two paper copies of the following e-filed documents, including all exhibits and attachments:

   a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies, including all memoranda of law and all exhibits;

   b. Dispositive motions, memoranda in support, briefs in opposition, and replies;

   c. Proposed voir dire and jury instructions;

   d. Joint Trial Memoranda;

   e. Trial briefs, including proposed findings of fact and conclusions of law and all exhibits;

   f. Any other motion-related filing that exceeds 25 pages; and

   g. Any other filing with significant exhibits in color.

Chambers copies must be printed double-sided.  **All chambers copies should be printed from the docket and should bear the ECF header of the Court's electronic filing system.**  All chambers copies must be properly ordered and tabbed. Any chambers copy that cannot be securely stapled must be placed in a three-ring binder.

Chambers copies of brief, routine procedural motions should not be provided to chambers unless requested.

Chambers copies delivered via mail, FedEx, or UPS shall be addressed to: Chambers of The Hon. Sarala V. Nagala; 450 Main Street, Suite 108; Hartford, CT 06103. Chambers copies that are hand-delivered by a representative of a party shall be delivered to: Hon. Sarala V. Nagala, c/o Clerk's Office, United States District Court; 450 Main Street, Suite A012; Hartford, CT 06103.

It is So Ordered.

                                              /s/ Sarala V. Nagala
                                          United States District Judge