# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**PAUL MARTINKA,**

V.                                    **SUMMONS IN A CIVIL CASE**

**SWING COMPLETO LLC,**

CASE NUMBER: **3:25−CV−00354−SVN**

TO: **Swing Completo LLC**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Craig B. Sanders**
**Sanders Law Group**
**333 Earle Ovington Boulevard Suite 402**
**Uniondale, NY 11553**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − A D Gaskins
---
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025−03−13 10:43:32**, Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Swing Completo, LLC c/o Daniel DeMatas Andreau
was received by me on *(date)* 3/18/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Diane Arenas, who is designated by law to accept service of process on behalf of *(name of organization)* Swing Completo, LLC on *(date)* 3/20/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/20/2025

Servers signature

Jason Douglas - indifferent person
Printed name and title

271 Henry St, Manchester CT 06042
Servers address

Additional information regarding attempted service, etc:

Served at 8:10 am
w/F age 40, 5'8", 150, black hair, no glasses