# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL MARTINKA,<br><br>   Plaintiff,<br><br>   v.<br><br>SWING COMPLETO LLC,<br><br>   Defendant. | Case No: 3:25-cv-00354-SVN |

## CERTIFICATE OF SERVICE

  I hereby certify that on April 17, 2025, I caused to be served via electronic delivery a copy of the Court's April 14, 2025, Order [ECF No. 12] upon the defendant, Swing Completo LLC, via its counsel, as follows:

  Lexero Law
  Eric Menhart, Esq.
  80 M St SE, Ste 100
  Washington, DC 20003
  Email: Eric.Menhart@Lexero.com
  *Attorneys for Defendant Swing Completo LLC*

              By: */s Craig B Sanders*
              Craig B Sanders