## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PAUL MARTINKA,

           Plaintiff,

v.

SWING COMPLETO LLC,

           Defendant.

Case No: 3:25-cv-00354-SVN

### STATUS REPORT

Plaintiff Paul Martinka ("*Plaintiff*"), by and through his undersigned counsel, hereby provides the Court with a report on the status of this matter and states as follows:

1. The undersigned was recently contacted by counsel for defendant Swing Completo LLC ("*Defendant*"), seeking an extension of time for Defendant to respond to the Complaint so as to allow counsel time to investigate this matter and to permit the parties time to discuss the potential to resolve their dispute, which Plaintiff consented to.

2. As such, in light of Defendant's contact via counsel, Plaintiff respectfully requests forty-five (45) days so as to permit the parties time to either resolve this matter, or for Defendant to formally appear and respond to the Complaint.

3. The parties agree that no party will be prejudiced by the requested extension and Defendant consents to the requested relief sought herein.

Dated: April 18, 2025

**SANDERS LAW GROUP**
By: */s/ Craig Sanders*
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 130940
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2025, I caused to be served via electronic delivery a copy

of the above and foregoing upon the defendant, Swing Completo LLC, via its counsel, as follows:

Lexero Law
Eric Menhart, Esq.
80 M St SE, Ste 100
Washington, DC 20003
Email: Eric.Menhart@Lexero.com
*Attorneys for Defendant Swing Completo LLC*

By: */s Craig B Sanders*
Craig B Sanders