UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL MARTINKA,<br><br>    Plaintiff,<br><br>  v.<br><br>SWING COMPLETO LLC,<br><br>    Defendant. | Case No: 3:25-cv-00354-SVN<br><br><br>NOTICE OF SETTLEMENT |

**PLEASE TAKE NOTICE** that plaintiff Paul Martinka ("*Plaintiff*"), by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement in principle in this matter and are in the process of documenting and performing their settlement obligations.

In light of the settlement, the parties respectfully request that the Court adjourn all deadlines and conferences, if any. Plaintiff anticipates filing a dismissal with prejudice within forty-five (45) days.

Dated: April 24, 2025

                **SANDERS LAW GROUP**

                By:  */s/ Craig Sanders*
                Craig Sanders, Esq.
                333 Earle Ovington Blvd, Suite 402
                Uniondale, NY 11553
                Tel: (516) 203-7600
                Email: csanders@sanderslaw.group
                *Attorneys for Plaintiff*