UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Paul Martinka,<br><br>              Plaintiff,<br><br>              v.<br><br>SWING COMPLETO LLC,<br>              Defendant. | Case No: 3:25-cv-00354-SVN |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I caused to be served via electronic mail a copy of the Court's April 28, 2025 Order [ECF No. 17] upon the defendant, Swing Completo LLC, via its counsel, as follows:

Lexero Law
Eric Menhart, Esq.
80 M St SE, Ste 100
Washington, DC 20003
Email: Eric.Menhart@Lexero.com
*Attorneys for Defendant Swing Completo LLC*

                                              By: */s Craig B Sanders*
                                              Craig B Sanders